### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL J. HAYS, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. CIV-13-1011-M |
| MERCY HOSPITAL WATONGA, INC., | ) |
|         Defendant. | ) |

## ORDER

Having determined, by a separate order entered this date, that defendant is entitled to judgment, the Court hereby enters judgment in favor of defendant MERCY HOSPITAL WATONGA, INC. and against plaintiff MICHAEL J. HAYS.

**Entered at Oklahoma City, Oklahoma this 24th day of July, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE